Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–22162–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dariusz F Golczewski
  dba Paradise Landscape Irrigation, LLC
  541 Route 31 North
  Ringoes, NJ 08551

Social Security No.:
  xxx–xx–6739

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/29/2017 and a confirmation hearing on such Plan has been scheduled for 2/07/2018 at 10:00 AM.

The debtor filed a Modified Plan on 1/30/2018 and a confirmation hearing on the Modified Plan is scheduled for 3/7/2018 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 30, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dariusz F Golczewski  
    Debtor

Case No. 17-22162-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 30, 2018  
                   Form ID: 186     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.

```
db           +Dariusz F Golczewski,    541 Route 31 North,    Ringoes, NJ 08551-1218
cr           +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid,    6409 Congress Avenue,
               Suite 100,    Boca Raton, FL 33487-2853
516880981     Capital One Platinum Mastercard,    PO Box 30285,    Salt Lake City, UT 84130-0285
516880982    +Capital One, N.A,    c/o First Financial Asset Mgmt, Inc.,    PO Box 56245,
               Atlanta, GA 30343-0245
516880983    +Deutsche Bank,    c/o Stern & Eisenberg, PC,    1040 N. Kings Highway, Suite 407,
               Cherry Hill, NJ 08034-1925
517149873    +Deutsche Bank National Trust Company,    Ocwen Loan Servicing, LLC,
               Attn: Cashiering Department,    1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
517160400     Deutsche Bank National Trust Company,    Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,    PO Box 24605,    West Palm Beach, FL 33416-4605
516902092    +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517185164    +Dorota Golczewski,    Hunterdon County Probation Office,    65 Park Ave.,
               Flemington, NJ 08822-1128
517118090    +FSG BANK,    c/o SERVICE FINANCE CO., LLC,    555 S FEDERAL HWY #200,    BOCA RATON, FL 33432-6033
517301607    +NJ Dept. of Environmental Protection,    ATTN: Bankruptcy Coordinator,
               Mail Code 401-06Q; PO Box 420,    401 East State Street,    Trenton, NJ 08608-1501
516948552    +Princeton Orthopedic Associates,    325 Princeton Ave,    Princeton, NJ 08540-1617
516948551    +Scholl, Whittlesey & Greenberg LLC,    1 East Main Street, Suite 1,    Flemington, NJ 08822-1200
516880988    +Service Finance Company LLC,    PO Box 511303,    Los Angeles, CA 90051-7858
516880989    +Stern & Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,    Cherry Hill, NJ 08034-1925
516880990   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit,    4 Gatehill Drive Ste 350,
               Parsippany, NJ 07054)
517048768    +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
516880991    +Wayfair/Comenity Bank,    PO Box 182273,    Columbus, OH 43218-2273
516880992    +Weinberger Divorce & Family Law Group,    135 US Highway 202-206,    Suite 8,
               Bedminster, NJ 07921-2608
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 30 2018 23:18:41    U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 30 2018 23:18:39    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
lm           +Fax: 407-737-5634 Jan 31 2018 00:41:47    OCWEN LOAN SERVICING,    1661 WORTHINGTON ROAD,
               SUITE 100,    WEST PALM BEACH, FL 33409-6493
516880985     E-mail/Text: cio.bncmail@irs.gov Jan 30 2018 23:18:20    Internal Revenue Service-new,
               PO Box 7346,    Philadelphia, PA 19101-7346
517086722     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 30 2018 23:21:14
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
               Norfolk VA 23541
517085864     E-mail/Text: bnc-quantum@quantum3group.com Jan 30 2018 23:18:31
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516880987    +E-mail/Text: bankruptcy@savit.com Jan 30 2018 23:19:28    Savit Collection Agency,
               PO Box 250,    East Brunswick, NJ 08816-0250
                                                                                               TOTAL: 7
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
516880984     former spouse
cr*          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516880986   ##Ocwen,    PO Box 6440,    Carol Stream, IL 60197-6440
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3         User: admin              Page 2 of 2              Date Rcvd: Jan 30, 2018
                             Form ID: 186             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Joan Sirkis Warren     on behalf of Debtor Dariusz F Golczewski joan@joanlaverylaw.com
              Kevin M. Buttery     on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
              Miriam   Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 7
```