Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17–22162–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dariusz F Golczewski
   dba Paradise Landscape Irrigation, LLC
   541 Route 31 North
   Ringoes, NJ 08551

Social Security No.:
   xxx–xx–6739

Employer's Tax I.D. No.:

---

### NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on August 14, 2018, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 49 – 44
AGREED ORDER RESOLVING SECURED CREDITORS OBJECTION TO LOSS MITIGATION (Related Doc # 44). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/14/2018. (bwj)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 14, 2018
JAN: bwj

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-22162-CMG
Dariusz F Golczewski                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Aug 14, 2018
                             Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm              +Fax: 407-737-5634 Aug 14 2018 22:31:08     OCWEN LOAN SERVICING,   1661 WORTHINGTON ROAD,
                 SUITE 100,   WEST PALM BEACH, FL 33409-6493
                                                                                    TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Aleisha Candace Jennings   on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
         ajennings@rasflaw.com
        Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company
         ajennings@rasflaw.com
        Joan Sirkis Warren    on behalf of Debtor Dariusz F Golczewski joan@joanlaverylaw.com
        Kevin M. Buttery   on behalf of Creditor    Deutsche Bank National Trust Company
         bkyefile@rasflaw.com
        Miriam  Rosenblatt   on behalf of Creditor    Deutsche Bank National Trust Company
         bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
        Miriam  Rosenblatt   on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
         bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
        Rebecca Ann Solarz   on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 10