| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor, Ocwen Loan Servicing, as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-3<br>Aleisha Jennings, Esq. | Order Filed on August 14, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 17-22162-cgm<br><br>Judge: Christine M. Gravelle |
| In Re:<br><br>DARIUSZ F. GOLCZEWSKI<br>D/B/A PARADISE LANDSCAPE IRRIGATION, LLC<br><br>Debtor. | Hearing Date: June 20, 2018<br><br>Chapter 13 |

**AGREED ORDER RESOLVING SECURED CREDITORS**
**OBJECTION TO LOSS MITIGATION**

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED: August 14, 2018**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Secured Creditor: OCWEN LOAN SERVICING, LLC AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-3

Secured Creditor's Counsel: Robertson, Anschutz & Schneid, P.L.

Debtor's Counsel: Joan Sirkis Warren, Esq.

Property Involved ("Collateral"): 541 Route 31, East Amwell Township, NJ 08551

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Debtor shall make adequate protection payments to the Secured Creditor in the amount of $2,448.58 during the pendency of loss mitigation.

    Payments to the Secured Creditor shall be made to the following address:

    Ocwen Loan Servicing, LLC
    Attn: Cashiering Department
    1661 Worthington Road, Suite 100
    West Palm Beach, FL 33409

2. Debtor shall apply for and complete loss mitigation by August 22, 2018 or as extended by Court order.

3. If the Debtor fails to make the adequate protection payments as specified above within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

The undersigned consent to the terms, conditions and entry of this Order:

By: _____
Joan Sirkis Warren, Esq.
*Attorney for Debtor*

By: /s/Aleisha C. Jennings
Aleisha Jennings, Esq.
*Attorney for Secured Creditor*
Date: August 2, 2018

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-22162-CMG
Dariusz F Golczewski                                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1             Date Rcvd: Aug 14, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db             +Dariusz F Golczewski,    541 Route 31 North,    Ringoes, NJ 08551-1218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               ajennings@rasflaw.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company
               ajennings@rasflaw.com
              Joan Sirkis Warren    on behalf of Debtor Dariusz F Golczewski joan@joanlaverylaw.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Miriam  Rosenblatt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10