Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  17−22162−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dariusz F Golczewski
   dba Paradise Landscape Irrigation, LLC
   541 Route 31 North
   Ringoes, NJ 08551

Social Security No.:
   xxx−xx−6739

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 18, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 53 − 52
Order Granting Application for Extension of Loss Mitigation (Related Doc # 52). Loss Mitigation Period Extended to: 11/23/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/18/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 18, 2018
JAN: bwj

                                                              Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dariusz F Golczewski  
    Debtor

Case No. 17-22162-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 18, 2018  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm        +Fax: 407-737-5634 Sep 19 2018 00:27:15       OCWEN LOAN SERVICING,    1661 WORTHINGTON ROAD,         SUITE 100,    WEST PALM BEACH, FL 33409-6493
                                                                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:
         Albert    Russo    docs@russotrustee.com  
         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Aleisha Candace Jennings     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY            ajennings@rasflaw.com  
         Aleisha Candace Jennings     on behalf of Creditor    Deutsche Bank National Trust Company            ajennings@rasflaw.com  
         Joan Sirkis Warren      on behalf of Debtor Dariusz F Golczewski joan@joanlaverylaw.com  
         Kevin M. Buttery     on behalf of Creditor     Deutsche Bank National Trust Company            bkyefile@rasflaw.com  
         Miriam Rosenblatt     on behalf of Creditor     Deutsche Bank National Trust Company            bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com  
         Miriam Rosenblatt     on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY            bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com  
         Rebecca Ann Solarz     on behalf of Creditor     Toyota Lease Trust rsolarz@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                               TOTAL: 10